1  SIGAL CHATTAH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 8264
3
   CYBILL DOTSON
4  Assistant United States Attorney
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   Telephone: (702) 388-6336
6  Facsimile: (702) 388-6787
   E-mail: Cybill.Dotson@usdoj.gov
7  *Attorneys for the United States*

8

9              UNITED STATES DISTRICT COURT
                     DISTRICT OF NEVADA
10

11 UNITED STATES OF AMERICA,

12         Plaintiff,                      No. 2:20-CR-00355-RFB-BNW

13    vs.                                  **UNITED STATES OF AMERICA'S**
                                           **MOTION TO TRANSFER DEBT**
14 WILLIAM OLDHAM MIZE V,                  **FROM THE DISTRICT OF NEVADA**
                                           **TO THE EASTERN DISTRICT OF**
15         Defendant.                      **WASHINGTON**

16

17         Plaintiff, United States of America, by and through Sigal Chattah, United States

18 Attorney for the District of Nevada, and Cybill L. Dotson, Assistant United States Attorney,

19 respectfully moves the Court to authorize the transfer of debt owed by Defendant William

20 Oldham Mize V from the Clerk of Court in the District of Nevada back to the Clerk of Court in

21 the Eastern District of Washington.

22         On December 18, 2018, an Indictment (2:18-CR-00232-TOR) was entered against

23 Defendant William Oldham Mize V, along with numerous other co-defendants in the Eastern

   District of Washington. E.D. Wash. ECF No. 1.
24
           On December 5, 2019, a Judgment was entered against William Oldham Mize V under
25
   Case No. **2:18-CR-00232-TOR-3**, ordering him to pay, **on his own**, $211,000.00 in restitution
26
   and a $400 Special Penalty Assessment. EDWA ECF No. 738.
27
           On January 21, 2021, a Transfer of Jurisdiction was entered by the Eastern District of
28
   Washington transferring supervision of William Oldham Mize V from the Eastern District of

Washington to the District of Nevada. Because this debt was not joint and several with any other debt at the time, the U.S. Clerk of Court and Financial Litigation Program for the Eastern District of Washington transferred the restitution enforcement collection file to the District of Nevada as well. EDWA ECF No. 886.[1]

In December 2022, the defendant, William Oldham Mize V, completed his term of supervised release in the District of Nevada. The outstanding restitution judgment currently remains collectible in the District of Nevada.

On December 5, 2024, a Judgment was entered against William Oldham Mize IV[2], and he was ordered to pay $6,757,209.99 in **joint and several** restitution, as well as a Special Penalty Assessment of $100. EDWA ECF No. 1070. As a result of the entry of Judgment against William Oldham Mize IV, the restitution debt owed by William Oldham Mize V is now a joint and several debt.

As the sentencing district for William Oldham Mize V, and because the debt is now joint and several, the United States Attorney's Office for the Eastern District of Washington respectfully requests an Order transferring this debt from the U.S. Clerk of Court for the District of Nevada back to the U.S. Clerk of Court for the Eastern District of Washington. This request is made with the sentencing district's consent. *See* Exhibit A.

//
//
//
//

---

[1] The transfer of the restitution debt along with supervision of the Defendant occurred prior to more recent policy updates regarding the transfer of jurisdiction. As of December 1, 2023, the Administrative Office of the United States Courts changed its Transfer of Jurisdiction policy and updated its *Guide to Judiciary Policy*, Volume 13 (Finance and Budget): Chapter 8 – Criminal Debt, § 870 (Transfer of Supervision and Jurisdiction). This update revised § 870 to align the policy with statute. The revisions clarify that when a court orders a transfer of jurisdiction for a person on probation or supervised release, the sentencing district retains management of the offender's financial records and monetary obligations (e.g., related accounting records and collected restitution). Section 870(a)(1) of the guide states, "Effective Dec. 1, 2023, all criminal debt accounting records must remain in the sentencing district and are not impacted by a transfer of jurisdiction (TOJ)." Additionally, § 870(a)(2) states, "A transferee district should not return financial records for TOJ cases that were transferred before Dec.1, 2023 without the sentencing district's consent." Here, the sentencing court consents to the return of the financial records. *See* Exhibit A.

[2] William Oldham Mize, IV is William Oldham Mize, V's father and was a fugitive at the time his son was sentenced.

For the foregoing reasons, the Court should grant this Motion and enter the attached proposed Order authorizing the U.S. Clerk of Court for the District of Nevada to transfer the debt of William Oldham Mize V back to the U.S. Clerk of Court for the Eastern District of Washington.

DATED May 23, 2025.

SIGAL CHATTAH
United States Attorney

/s/ Cybill Dotson
CYBILL L. DOTSON
Assistant United States Attorney

### Certificate of Service

I hereby certify that on May 23, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to CM/ECF participants. I hereby certify that I have caused to be mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

William Oldham Mize V
Las Vegas, NV

/s/ Paul Miller
PAUL MILLER
Paralegal Specialist

| | |
|---|---|
| **From:** | Sheila Parpolia |
| **To:** | Donovan, Brian (USAWAE); Roberson, Therese L. (USAWAE) |
| **Subject:** | [EXTERNAL] Motion to the courts - Mize 18cr232 |
| **Date:** | Monday, March 10, 2025 9:19:48 AM |

Hello,

Judge Rice is working on preparing an order to be filed in all of the defendant's cases, to state that they are joint and several with Mize.

Three of the cases have been transferred out, as well as the debts, for defendants 3, 20 and 8. Therese told me that defendant 8 is deceased and Eastern California FLU closed their debt.

Each court says that they need an order from the court to transfer the debts back to us to manage the joint and severals that were created with Defendant 1's judgment. Judge Rice requested that I contact you to do a motion to those courts to request that the debts be transferred back to our court.

Please let me know if there is anything that you need from me in order to prepare and file the motions.

Thank you,

Sheila



**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>WILLIAM OLDHAM MIZE V,<br>  Defendant, | No. 2:20-CR-00355-RFB-BNW<br><br>**ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO TRANSFER DEBT FROM THE DISTRICT OF NEVADA TO THE EASTERN DISTRICT OF WASHINGTON** |

The United States of America moved for an Order authorizing the U.S. Clerk of Court for the District of Nevada to transfer the debt of William Oldham Mize V to the U.S. Clerk of Court for the Eastern District of Washington. The Court has reviewed the United States' motion and any response and reply thereto.

For the reasons stated in the United States' motion, the Court GRANTS the motion and authorizes the U.S. Clerk of Court for the District of Nevada to transfer the debt of William Oldham Mize V, Case No. 2:20-CR-00355-RFB-BNW, to the U.S. District Court for the Eastern District of Washington, Case No. 2:18-CR-00232-TOR-003.

DATED this 25th day of May, 2025.

RICHARD F. BOULWARE
United States District Judge